UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **RehabCare Group East, Inc. d/b/a RehabCare,** <br><br> *Plaintiff,* <br><br> v. <br><br> **Premier Healthcare Management, LLC d/b/a Kathleen Daniel Nursing and Rehabilitation and d/b/a Kimwell Nursing and Rehabilitation, *et al.*,** <br><br> *Defendants.* | Case No. 1:17-cv-11210-ADB |

### Joint Notice and Motion to Withdraw Defendants' Motion to Amend

Plaintiff and Defendants jointly seek by this Notice to inform the Court that the parties have reached a settlement and are in the process of executing a written agreement. The parties anticipate filing a stipulation of dismissal within the next few weeks.

Accordingly, Defendants move to withdraw their Motion to File Amended Answer (DN 40). Plaintiff consents to Defendants' motion to withdraw.

Respectfully submitted,

| | |
|---|---|
| s/ Daniel E. Hancock | s/ Daniel E. Hancock (with permission) |
| Phillip A. Martin (admitted *pro hac vice*) | Jeffrey M. Daitz (admitted *pro hac vice*) |
| Laura M. Brymer (admitted *pro hac vice*) | Shannon D. Azzaro (admitted *pro hac vice*) |
| Daniel E. Hancock (admitted *pro hac vice*) | Jacqueline Voronov |
| FULTZ MADDOX DICKENS PLC | PECKAR & ABRAMSON, P.C. |
| 101 S. Fifth Street, Ste. 2700 | 70 Grand Avenue |
| Louisville, KY 40202 | River Edge, NJ 07661 |
| Telephone: (502) 588-2000 | Telephone: (201) 343-3434 |
| Facsimile: (502) 588-2020 | Facsimile: (201) 343-6306 |
| pmartin@fmdlegal.com | jdaitz@pecklaw.com |
| lbrymer@fmdlegal.com | sazzaro@pecklaw.com |
| dhancock@fmdlegal.com | jvoronov@pecklaw.com |

-and-                                              -and-

Jeffrey E. Poindexter                              Timothy M. Bliss
Elizabeth Zuckerman                                Center Place
BULKLEY, RICHARDSON AND GELINAS, LLP               50 Park Row West – Suite 109
1500 Main Street, Ste. 2700                        Providence, RI 02903
Springfield, MA 01115                              Telephone: (401) 274-2100
Telephone: (413) 272-6232                          tbliss@gmail.com
Facsimile: (413) 272-6806
jpoindexter@bulkley.com                            *Counsel for Defendants*
ezuckerman@bulkley.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

On November 30, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Daniel E. Hancock

*Attorney for Plaintiff*

2