UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| **RehabCare Group East, Inc. d/b/a RehabCare,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Premier Healthcare Management, LLC d/b/a Kathleen Daniel Nursing and Rehabilitation and d/b/a Kimwell Nursing and Rehabilitation, *et al.*,**<br><br>*Defendants.* | Case No. 1:17-cv-11210-ADB |

### Stipulation of Dismissal

Plaintiff RehabCare Group East, LLC, d/b/a RehabCare f/k/a RehabCare Group East, Inc. and Defendants Premier Healthcare Management, LLC d/b/a Kathleen Daniel Nursing and Rehabilitation and d/b/a Kimwell Nursing and Rehabilitation; KD Operating, LLC d/b/a Kathleen Daniel Nursing and Rehabilitation; and Kimwell Operating, LLC d/b/a Kimwell Nursing and Rehabilitation have settled the disputes between them in this action pursuant to the terms of a Settlement and Forbearance Agreement (including all attachments thereto) (the "Settlement Documents").

Accordingly, Plaintiff and Defendants, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to the dismissal of all claims asserted by Plaintiff against Defendants without prejudice. The parties respectfully request that the Court, as contemplated and expressly permitted by *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), enter this Order retaining jurisdiction over this action and the Settlement Documents for purposes of enforcing the settlement if it becomes necessary, including, but not limited to, enforcing any of the remedies of Plaintiff under the Settlement Documents.

1

IT IS THUS ORDERED that all claims asserted by Plaintiff against Defendants are **dismissed without prejudice**, and the Court shall retain jurisdiction as provided above.

Date: _____    _____

United States District Court
District of Massachusetts

Have seen and agree:

s/ Daniel E. Hancock                    s/ Daniel E. Hancock (with permission)

Phillip A. Martin (admitted *pro hac vice*)    Jeffrey M. Daitz (admitted *pro hac vice*)

Laura M. Brymer (admitted *pro hac vice*)    Shannon D. Azzaro (admitted *pro hac vice*)

Daniel E. Hancock (admitted *pro hac vice*)    Jacqueline Voronov

FULTZ MADDOX DICKENS PLC            PECKAR & ABRAMSON, P.C.

101 S. Fifth Street, Ste. 2700            70 Grand Avenue

Louisville, KY 40202                River Edge, NJ 07661

Telephone: (502) 588-2000            Telephone: (201) 343-3434

Facsimile: (502) 588-2020            Facsimile: (201) 343-6306

pmartin@fmdlegal.com                jdaitz@pecklaw.com

lbrymer@fmdlegal.com                sazzaro@pecklaw.com

dhancock@fmdlegal.com                jvoronov@pecklaw.com

-and-                        -and-

Jeffrey E. Poindexter                Timothy M. Bliss

Elizabeth Zuckerman                Center Place

BULKLEY, RICHARDSON AND GELINAS, LLP    50 Park Row West – Suite 109

1500 Main Street, Ste. 2700            Providence, RI 02903

Springfield, MA 01115                Telephone: (401) 274-2100

Telephone: (413) 272-6232            tbliss@gmail.com

Facsimile: (413) 272-6806

jpoindexter@bulkley.com                *Counsel for Defendants*

ezuckerman@bulkley.com

*Counsel for Plaintiff*

2

3

**CERTIFICATE OF SERVICE**

On January 2, 2019, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all attorneys of record.

s/ Daniel E. Hancock

*Attorney for Plaintiff*